UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COTTAGE HEALTH SYSTEM, d/b/a<br>SANTA BARBARA COTTAGE HOSPITAL<br>Pueblo at Bath Street<br>Santa Barbara, California 93105<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT, Secretary<br>United States Department<br> of Health and Human Services,<br>200 Independence Avenue, S.W.<br>Washington, DC 20201,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiff, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of plaintiff which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                     Attorney of Record

                     */s/ Christopher L. Keough*

                     Christopher L. Keough
                     DC Bar No. 436567
                     VINSON & ELKINS L.L.P.
                     1455 Pennsylvania Avenue, N.W.
                     Suite 600
                     Washington, D.C. 20004-1008
                     (202) 639-6500 (phone)
                     (202) 639-6604 (fax)

Date: January 17, 2008