AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COTTAGE HEALTH SYSTEM, d/b/a
SANTA BARBARA COTTAGE HOSPITAL
Pueblo at Bath Street
Santa Barbara, California 93105

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT, Secretary,
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

CASE

Case: 1:08-cv-00098
Assigned To : Bates, John D.
Assign. Date : 1/17/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Civil Process Clerk,
U.S. Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Keough
Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 17 2008
CLERK                                       DATE

*/s/ Lauren Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: January 17, 2008 |
| NAME OF SERVER *(PRINT)* Julia L. Mote | TITLE: Project assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Gary Nails Dec. Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 17, 2008
            *Date*                    *Signature of Server*

1455 Pennsylvania Ave NW, Washington, DC 20004
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.