UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COTTAGE HEALTH SYSTEM, d/b/a )<br>SANTA BARBARA COTTAGE )<br>HOSPITAL )<br>Pueblo at Bath Street )<br>Santa Barbara, California 93105 )<br>  )<br>Plaintiff, )<br>v. )<br>  )<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. DEPARTMENT OF HEALTH AND )<br>  HUMAN SERVICES )<br>200 Independence Avenue, S.W. )<br>Washington, DC 20201 )<br>  )<br>Defendant. )<br>_____ ) | Case No. 1:08-CV-00098-JDB |

## AFFIDAVIT REGARDING PROOF OF SERVICE

Robert E. Waters, being duly sworn, hereby states as follows:

1. I am over twenty-one years of age and am competent to execute this affidavit. I am a resident of the District of Columbia.

2. I am an attorney employed by the law firm of Vinson & Elkins L.L.P., located at 1455 Pennsylvania Avenue, N.W., Washington, D.C. 20004-1008.

3. On January 17, 2008, I sent, by certified mail, return receipt requested (Receipt No. 7006 3450 0002 9388 6379) copies of the Summons, Complaint, and Initial Electronic Case Filing Order in the above-captioned case to:

> The Honorable Michael Leavitt, Secretary
> Department of Health and Human Services
> 200 Independence Avenue, S.W.
> Washington, DC 20201

4. On January 17, 2008, I sent, by certified mail, return receipt requested (Receipt No. 7006 3450 0002 9388 6362) copies of the Summons, Complaint, and Initial Electronic Case Filing Order in the above-captioned case to:

> U.S. Attorney General
> Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530

6. Return receipts were returned to me on or about January 29, 2008 for the documents sent to Secretary Leavitt and on or about January 29, 2008 for the documents sent to the Attorney General of the United States. Copies of these return receipts and the corresponding certified mail receipts are annexed hereto as Exhibit A.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit Regarding Proof of Service is true and correct to the best of my knowledge.

Further this affidavit sayeth not.

Executed on this 30 day of January, 2008.

*Robert E. Waters*
Robert E. Waters
Vinson & Elkins L.L.P.
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
202.639.6785

In the District of Columbia

SUBSCRIBED AND SWORN BEFORE ME this 30th day of January, 2008 at Washington, District of Columbia, to certify which witness my hand and official seal:

*Linda M. Sheffield*
Name: Linda M. Sheffield
Notary Public in and for the District of Columbia

My commission expires: 1/14/2011

LINDA M. SHEFFIELD
Notary Public, District of Columbia
My Commission Expires January 14, 2011

DC 656395v.1

# Exhibit A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dora Ricks_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Dora Ricks   C. Date of Delivery 1-22-08 |
| 1. Article Addressed to:<br><br>Michael O. Leavitt, Secretary<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20004 | D. Is delivery address different from item 1? ☐ Yes<br>if YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0002 9388 6379 |

PS Form 3811, August 2001      Domestic Return Receipt      2ACPRI-03-P-4081



U.S. Postal Service CKBOUGH
CERTIFIED MAIL RECEIPT

Postage: 1.82
Certified Fee: 2.65
Return Receipt Fee: 2.15
Total Postage & Fees: $ 6.62

MICHAEL O. LEAVITT
200 INDEPENDENCE AVE
WASHINGTON, DC 20004

7006 3450 0002 9388 6379