UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COTTAGE HEALTH SYSTEM, d/b/a<br>SANTA BARBARA COTTAGE HOSPITAL,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the United States<br>Department of Health and<br>Human Services,<br><br>        Defendant. | Case No. 1:08-cv-00098 (JDB) |

**NOTICE OF APPEARANCE**

    The Clerk will please **enter** the appearance of Lawrence J. Harder as counsel for the Defendant in the above-entitled case.

    Respectfully submitted,

    s/LAWRENCE J. HARDER
    LAWRENCE J. HARDER
    Supervisory Trial Attorney
    Department of Health and Human Services
    Office of the General Counsel
    Health Care Financing Division
    7500 Security Blvd., C2-05-23
    Baltimore, MD 21244-1850
    (410) 786-8080