UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COTTAGE HEALTH SYSTEM d/b/a )<br>SANTA BARBARA COTTAGE )<br>HOSPITAL, )<br>  ) <br>    Plaintiff, )<br>  )<br>  v. )<br>  )<br>MICHAEL O. LEAVITT, Secretary of )<br>  Health and Human Services, )<br>  )<br>    Defendant. )<br>_____ ) | Case No. 1:08-cv-00098 (JDB)<br><br>**ECF** |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services (the "Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for an enlargement of time of 45 (forty-five) days, up to and including May 1, 2008, within which to respond to the Amended Complaint in this action. In support of the instant motion, Defendant states as follows:

1.  Plaintiff seeks judicial review of a decision by the Secretary denying Plaintiff's request for additional Medicare reimbursement.

2.  The Court's subject matter jurisdiction is premised on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final Medicare reimbursement decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq. Such review must be premised on the administrative record that was before the agency at the time it reached its decision. Citizens to Preserve Overton Park, Inc. v. Volpe, 401 U.S. 402, 420 (1971).

  3. The Secretary's response to Plaintiff's Amended Complaint for Declaratory and Injunctive Relief Under the Medicare Act is currently due on March 17, 2008. Because the agency has not yet been able to compile the certified record of the administrative proceedings in this matter, counsel for the Secretary is unable to prepare a response to Plaintiff's Amended Complaint before that date. Accordingly, in order to allow sufficient time for both the compilation of the administrative record and the preparation of an appropriate response to Plaintiff's Amended Complaint, the Secretary respectfully requests an enlargement of time of 45 (forty-five) days, up to and including May 1, 2008, within which to respond to the Amended Complaint.

  4. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will have no effect on any other deadlines since no scheduling order has yet been entered in this case.

  5. Agency counsel for the secretary has conferred with Plaintiff's lead counsel regarding the instant motion. Plaintiff's lead counsel stated that he has no objection to the instant motion.

  6. This request is made in good faith and not for purposes of delay.

  A proposed Order is attached.

              Respectfully submitted,

               /s/
              JEFFREY A. TAYLOR
              United States Attorney
              D.C. Bar No. 498610

        /s/
CHRISTOPHER HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372


        /s/
LAWRENCE J. HARDER
Supervisory Trial Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-8080

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE L. HOFFMAN
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General
 Counsel for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COTTAGE HEALTH SYSTEM d/b/a )<br>SANTA BARBARA COTTAGE )<br>HOSPITAL, )<br>  )<br>      Plaintiff, )<br>  )<br>   v. )<br>  )<br>MICHAEL O. LEAVITT, Secretary of )<br>   Health and Human Services, )<br>  )<br>      Defendant. )<br>_____ ) | Case No. 1:08-cv-00098 (JDB)<br><br>**ECF** |

### ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of Time Within Which to Respond to Plaintiff's Amended Complaint, and the entire record herein, it is this ____ day of _____, 2008,

ORDERED that Defendant's Motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Amended Complaint on or before May 1, 2008.

                                                                                  _____
                                                                                  JOHN D. BATES
                                                                                  United States District Judge

Copy to: ECF Counsel