# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COTTAGE HEALTH SYSTEM, d/b/a<br>SANTA BARBARA COTTAGE HOSPITAL,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary<br>United States Department of<br>  Health and Human Services,<br><br>      Defendant. | )<br>)<br>)<br>)   Case No.: 1:08-cv-00098 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT REPORT AND PROPOSED SCHEDULING ORDER

Counsel for Defendant Michael O. Leavitt, the Secretary of Health and Human Services, and Plaintiff Cottage Health System have conferred and report as follows:

1.   This case is an action for review of a final decision of the Secretary of Health and Human Services ("the Secretary") denying Plaintiff's request for certain Medicare reimbursement.  As such, this case is reviewed on the administrative record pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et. seq., and is exempt from LCvR 16.3. See LCvR 16.3(b)(1).

2.   Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the APA.  Plaintiff seeks judicial review of the Secretary's determination disallowing Medicare reimbursement for costs incurred in connection with the Plaintiff's approved residency training programs.

3.   The parties have conferred and determined that this case can be resolved by cross-motions for summary judgment.  Subject to approval of the Court, the parties have agreed to the following briefing schedule, which is incorporated in the attached proposed scheduling order:

1

| | |
|---|---|
| July 11, 2008: | Plaintiff's Motion for Summary Judgment |
| August 25, 2008: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| October 9, 2008; | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| November 24, 2008: | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment |

Should the Court believe that oral argument would be helpful, the parties respectfully request that the Court set this matter down for oral argument as soon thereafter as may be convenient for the Court.

4.   The parties do not consent to the referral of this case to a Magistrate Judge for all purposes.

5.   The parties believe that this case is unsuitable now for the various forms of alternative dispute resolution, including mediation, arbitration, early neutral evaluation, and summary jury trial.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| CHRISTOPHER L. KEOUGH | JEFFREY TAYLOR |
| D.C. Bar No. 436567 | United States Attorney |
| J. HAROLD RICHARDS | D.C. Bar No. 498610 |
| D.C. Bar No. 469524 | |
| Vinson & Elkins L.L.P. | /s/ |
| The Willard Office Building | CHRISTOPHER B. HARWOOD |
| 1455 Pennsylvania Ave., N.W. | Assistant United States Attorney |
| Suite 600 | New York Registration No. 4202982 |
| Washington D.C., 20004-1008 | 555 Fourth Street, N.W. |
| (202) 639-6500 | Washington, DC 20530 |
| | (202) 307-0372 |
| | (202) 514-8780 (fax) |

/s/
BRETT BIERER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1473
(410) 786-5187 (fax)

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
Counsel for Litigation
United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COTTAGE HEALTH SYSTEM, d/b/a )<br>SANTA BARBARA COTTAGE HOSPITAL )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>United States Department of )<br>  Health and Human Services, )<br>)<br>      Defendant. )<br>_____) | Case No.: 1:08-cv-00098 (JDB) |

## SCHEDULING ORDER

Upon review of the parties' Joint Report and finding that the briefing schedule proposed by the parties is acceptable to the Court, it is this ____ day of _____, 2008, hereby ORDERED that:

Summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

| | |
|---|---|
| July 11, 2008: | Plaintiff's Motion for Summary Judgment |
| August 25, 2008: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| October 9, 2008; | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment |
| November 24, 2008: | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment |

SO ORDERED

_____
JOHN D. BATES
United States District Judge