UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| COTTAGE HEALTH SYSTEM, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. 1:08-cv-0098 (JDB) | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| MICHAEL O. LEAVITT, | ) | | |
| Secretary, United States Department | ) | | |
| of Health and Human Services, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**PRAECIPE**

Please take note that the undersigned has a new address. The updated contact information is:

Christopher L. Keough
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-5451 (phone)
(202) 626-3737 (fax)
CKeough@kslaw.com

Respectfully submitted,

/s/ Christopher L. Keough
Christopher L. Keough
DC Bar No. 436567
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-5451 (phone)
(202) 626-3737 (fax)

Counsel for Plaintiff

June 6, 2008