# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COTTAGE HEALTH SYSTEMS d/b/a/ ) <br> SANTA BARBARA COTTAGE HOSPITAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, United States Department of ) <br> Health and Human Services, ) <br> ) <br> Defendant. ) | Civ. Action No. 08-098 (JDB) |

## NOTICE OF SUPPLEMENTAL FILING OF THE ADMINISTRATIVE RECORD

Defendant, the Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached volume 11 of the administrative record in the above-captioned action. On May 7, 2008, Defendant filed a notice that the administrative record had been filed in hard copy. Volume 11 was inadvertently omitted from that filing.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of Defendant's Notice of Supplemental Filing of the Administrative Record with attached volume 11 of the Administrative Record has been sent by Federal Express, this 7th day of July, 2008, addressed to:

**Christopher L. Keough**
VINSON & ELKINS, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004-1008
(202) 639-6745


                                         /s/
                                      Christopher B. Harwood