UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COTTAGE HEALTH SYSTEM, d/b/a SANTA BARBARA COTTAGE HOSPITAL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MICHAEL O. LEAVITT, Secretary, Health and Human Services, | ) ) ) | Case Number: 1:08-cv-00098 (JDB) |
| Defendant. | ) ) ) ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b)(1) and 16(b)(4), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court to adopt the below-described modification to the briefing schedule for motions for summary judgment. Pursuant to Local Rule 7(m), the last undersigned counsel (the "Secretary's counsel") contacted Plaintiff's counsel on August 19, 2008, regarding the instant motion. Plaintiff, through counsel, has graciously stated that it does not oppose the modification requested herein. In support of the instant motion, the Secretary states as follows:

1. Plaintiff filed its Motion for Summary Judgment on July 11, 2008, in accordance with the briefing schedule previously agreed upon by the Parties and ordered by this Court.

2. Pursuant to the current briefing schedule, Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment is due August 25, 2008.

3. Until yesterday, the Secretary's counsel had been working diligently on an Opposition

1

to Motion for Leave to Take Discovery and Memorandum in Support of State Defendants' Motion to Vacate Injunction in Grier v. Goetz, 79-3107 (M.D. Tenn.).  The aforementioned brief will be filed today, August 21, 2008.  The Secretary's counsel also presented oral argument in Delaware Health Corp. v. Leavitt, 07-829 (D. Del.) in Wilmington, DE on August 19, 2008.  Due to these other obligations, the Secretary's counsel anticipates needing additional time to complete his work on Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.  In addition, the Secretary's counsel's reviewing attorney will be out of the office from August 25, 2008 to September 3, 2008.  In light of the above, the Secretary respectfully requests an extension of time to file his Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment to September 22, 2008.

    4.  The Secretary has not previously requested or been granted a modification to the briefing schedule.

    5.  Plaintiff has advised (through counsel) that it does not oppose the following modification to the briefing schedule:

| | |
|---|---|
| September 22, 2008: | Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment due |
| November 10, 2008: | Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment due |
| December 19, 2008: | Defendant's reply brief in support of his Motion for Summary Judgment due |

A proposed Order consistent with the instant Motion is attached hereto.

                          Respectfully submitted,

                          _____/s/_____
                          JEFFREY A. TAYLOR
                          United States Attorney
                          D.C. Bar No. 498610

                          _____/s/_____
                          CHRISTOPHER B. HARWOOD
                          Assistant United States Attorney
                          N.Y. Reg. No. 4202982
                          Civil Division
                          555 4th Street, N.W.
                          Washington, DC 20530
                          (202) 307-0372
                          Facsimile: (202) 514-8780

                          _____/s/_____
                          BRETT BIERER
                          Attorney
                          U.S. Department of Health and
                                 Human Services
                          Office of the General Counsel
                          Centers for Medicare & Medicaid Services Division
                          Room C2-05-23
                          7500 Security Boulevard
                          Baltimore, Maryland 21244-1850
                          (410) 786-1473

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COTTAGE HEALTH SYSTEM, d/b/a )
SANTA BARBARA COTTAGE HOSPITAL, )
)
      Plaintiff, )
)
v. )
)
MICHAEL O. LEAVITT, Secretary, )  Case Number: 1:08-cv-00098 (JDB)
   Health and Human Services, )
)
      Defendant. )
)
_____)

**<u>ORDER</u>**

Having considered Defendant's Unopposed Motion for an Extension of Time and to Modify the Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Unopposed Motion is hereby GRANTED, and it is

FURTHER ORDERED that the Briefing Schedule is modified as follows:

September 22, 2008:  Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment due

November 10, 2008:  Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment due

December 19, 2008:   Defendant's reply brief in support of his Motion for Summary
                     Judgment due


                                          _____
                                          UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel